THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ARTHUR BROWN and FRANK KOWALSKI, Appellants.

(Argued October 21, 1929; decided November 19, 1929.)

*John S. Knibloe* for Arthur Brown, appellant.

*Thomas L. Newton* and *Michael A. Crage* for Frank Kowalski, appellant.

*Guy B. Moore, District Attorney,* for respondent.

Judgment of conviction affirmed as to each defendant; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.